IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Peishi Advertising Media Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | Case No. 1:25-cv-11544-JLA-AB <br><br> Honorable Jorge L. Alonso <br><br> Magistrate Albert Berry, III |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANT NUMBER 4, 18 ,27 ,28, 32 ,43, 46, 52, 56, AND 64 WITH PREJUDICE**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Shenzhen Peishi Advertising Co., Ltd., voluntarily dismisses *only* Defendants; number 4 Haizhilianjia Seller ID AFVAL7MQFB2YO, Defendant number 18 TLMUSE Official Seller A2CG566LZLGE73, Defendant number 27 K-LINK Seller ID A1OBJ6LW1OMDH, Defendant number 28 XDTIME Seller ID A3KRVAWQ1WD5SH, Defendant number 32 Tunijx Seller ID A1VWWAKLAC8BS3, Defendant number 43 Ideashop Seller ID A1OG50J9PB8UIQ, Defendant number 46 Bameos Seller ID A1TX71P4W19WH3, Defendant number 52 Davpo Seller ID A1SBOUQJPXFTFD, Defendant number 56 XuanlianGo Seller ID A2WP1TMK49NEJO and Defendant number 64 CWWY-US Seller ID ABJGYJTIA3X3J as listed in Schedule "A" to the Complaint with prejudice.

DATED: December 1, 2025          Respectfully submitted,

                                       By: */s/ William R. Brees*
                                       William R. Brees (FL Bar No. 98886)
                                       **BAYRAMOGLU LAW OFFICES LLC**
                                       233 S. Wacker Drive, 44th Floor #57
                                       Chicago, IL 60606
                                       Tel: (702) 462-5973 | Fax: (702) 553-3404
                                       William@bayramoglu-legal.com
                                       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and distributed to ecommerce platform, Amazon.

Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (FL Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 Fax: (702) 553-3404
William@bayramoglu-legal.com
*Attorneys for Plaintiff*

3
NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO        Case No. 1:25-cv-11544-JLA-AB
DEFENDANT 4, 18, 27, 28, 32, 43, 46, 52, 56 AND 64